United States District Court
Southern District of Texas

**ENTERED**

February 27, 2017

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**WILLIAM EVANS** §
§
**v.** § Civil Action No. 2:16-CV-00428
§
**NATIONWIDE GENERAL** §
**INSURANCE COMPANY** §

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated representatives and counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP41(a)(1).

DATED: this day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

/s/ Gregory L. Gowan
Gregory L. Gowan
Federal Bar: 19991
**GOWAN ELIZONDO, LLP**
555 N. Carancahua, Ste 1400
Corpus Christi, Texas 78401
(361) 651-1000
ggowan@gelawfirm.com
**ATTORNEY IN CHARGE FOR PLAINTIFF
WILLIAM EVANS**

/s/ Debora Dobbs
Nation Wide Insurance
PO Box 10405
Des Moines, IA 50306
(720) 889-3729
**REPRESENTIVE FOR DEFENDANT**